**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VEROOT, LLC, *et al.*, | ) | Case No. 1:26-cv-13 |
| | ) | |
| Plaintiffs, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jonathan D. Greenberg |
| PAGEFOLIO, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

Based on the joint status report (ECF No. 70), it appears that the parties agree on the scope of discovery necessary to investigate the issue regarding artificial intelligence that was the subject of the status conference on July 1, 2026. However, they do not agree on whether that discovery should proceed now or later. In the Court's view, the parties should begin the exchange of the documents described in paragraph 4 of the joint status report. If the parties agree on deposition dates, they are free to take them. Otherwise, the discovery can wait until the jury trial, which should be the focus of the parties' efforts and preparation in the immediate short term and which may streamline the discovery on this and other issues, depending on the verdict.

**SO ORDERED.**

Dated:  July 8, 2026

J. Philip Calabrese
United States District Judge
Northern District of Ohio